# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| CHRISTOPHER A. JANCZAK | : | MISCELLANEAOUS ACTION |
| | : | |
| v. | : | NO.  24-38 |
| | : | |
| FEDERAL NATIONAL MORTGAGE ASSOCIATION d/b/a FANNIE MAE | : : | |

## ORDER

**AND NOW**, this 5th day of September 2024, upon considering plaintiff's motion to withdraw the reference (DI 1), and no response from defendant, it is **ORDERED** plaintiff shall file a joint status report no later than **September 12, 2024**.

_____
**MURPHY, J.**