# THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

CHRISTOPHER A. JANCZAK,

        Plaintiff,

v.

FEDERAL NATIONAL MORTGAGE ASSOCIATION d/b/a FANNIE MAE

        Defendant.

Civil Action No. 24-mc-00038-JFM

## JOINT STATUS REPORT

On September 5, 2024, the Court entered an order instructing Plaintiff to file a joint status report on or before September 12, 2024.

1. This case involves Plaintiff's motion to withdraw the reference filed on July 17, 2024 on the basis that the adversary proceeding filed in the bankruptcy case at 24-00048 was a non-core proceeding, to which the bankruptcy court lacked jurisdiction. Plaintiff maintains that the resolution of the matter presented involves the interpretation of federal law with respect to Defendant's federal charter, codified at 12 U.S.C. Sec. 1723a(a).

2. Defendant filed a motion to dismiss the adversary complaint in lieu of an answer prior to the withdrawal of the reference; no hearing date has been set on that matter in either court.

3. Plaintiff has also filed an appeal with this Court regarding the bankruptcy court's order granting Defendant's motion for relief from stay entered after the reference was withdrawn.

1

5. Plaintiff filed a motion for stay pending appeal on July 24, 2024, which was denied by the bankruptcy court on September 6, 2024. Plaintiff will be filing a motion for stay pending appeal with this Court.

6. In summary, the status of matters is as follows:

    a. Plaintiff's motion to withdraw the reference is now before this Court; defendant filed a motion to dismiss the adversary complaint prior to plaintiff's motion to withdraw the reference, and no hearing has been scheduled on the motion to dismiss in either bankruptcy or district court.

    b. Plaintiff's appeal from a bankruptcy court order granting defendant's motion for relief from stay, entered after the motion to withdraw the reference was filed, is pending before this Court.

    c. Plaintiff's motion for stay pending appeal was denied by the bankruptcy court and will be filed in this Court.

DATED: September 12, 2024

Respectfully submitted,

*/s/ Sharon S. Masters*
Sharon S. Masters, Esquire
Attorney I.D. No. 50360
132 Overleaf Drive
Thorndale, PA 10372
(610) 322-5277
shmasters@hotmail.com
Attorney for Plaintiff Christopher A. Janczak

*/s/ Denise Carlon*
Denise Carlon, Esquire
KLM Law Group, P.C.
701 Market St. Ste. 5000
Philadelphia, PA 19106
(215) 627-1322
dcarlon@klmlawgroup.com
Attorney for Defendant Federal National Mortgage Association d/b/a Fannie Mae

## CERTIFICATE OF SERVICE

I hereby certify that, on October 29, 2021 a copy of the forgoing document was electronically filed with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all counsel of record.

DATED: 9/12/2024

/s/ *Sharon S. Masters*
Sharon S. Masters, Esquire

Attorney for Plaintiff
Christopher A. Janczak