IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| CHRISTOPHER A. JANCZAK | : | MISCELLANEAOUS ACTION |
| | : | |
| v. | : | NO.  24-38 |
| | : | |
| FEDERAL NATIONAL MORTGAGE ASSOCIATION d/b/a FANNIE MAE | : : | |

# ORDER

AND NOW, this    day of October, 2024, upon considering plaintiff's motion to withdraw the reference (DI 1), no response from defendant, and status conference thereon, it is **ORDERED** that the Motion is **GRANTED.**

_____
HONORABLE JOHN MURPHY
U.S. DISTRICT COURT JUDGE